UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ESTATE OF ROGER KREUTZ, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) Case No. 4:09CV584 RWS |
| | ) |
| AARON M. POISSON and | ) |
| LUCINDA JERICA RAY, | ) |
| | ) |
| Defendants. | ) |

**MEMORANDUM AND ORDER**

On April 15, 2009, Defendant Aaron Poisson removed this case from Missouri state court asserting that this Court's diversity jurisdiction under 28 U.S.C. § 1332(a). On April 28, 2009, Defendant Poisson filed a motion for remand. Poisson asserts that based upon further investigation he cannot prove all of the jurisdictional requirements of 28 U.S.C. § 1332(a). He asks that the case be remanded back to the Circuit Court of St. Louis County, Cause No. 08SL-CC04080-01.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant Aaron Poisson's motion to remand [#8] is **GRANTED**.

An order of remand will be filed in a separate document on this date.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 29th day of April, 2009.